Joel B. Robbins, Esq. (011065)
Jesse M. Showalter, Esq. (026628)
**Robbins & Curtin, p.l.l.c.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 285-0100
Fax: (602) 265-0267
joel@robbinsandcurtin.com
jesse@robbinsandcurtin.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Dominguez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et al.,<br><br>Defendants. | No. 2:21-cv-00089-SRB-MTM<br><br>**PLAINTIFF'S LRCIV 7.2(M)(1) MOTION TO STRIKE DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL MATERIAL FACTS (DKT. 38)** |

Pursuant to LRCiv 7.2(m)(1), Plaintiff Andres Dominguez hereby moves this Court for an Order striking the Defendants' "Response to Plaintiff's Additional Material Facts in Response to Defendants' Statement of Facts in Support of Their Motion for Summary Judgment" (hereafter, "Defendants' RSOF"). (Dkt. 38).

**I.    Background: the offending pleading.**

Local Rule of Civil Procedure 7.1(m)(1) provides that a party may move to strike a pleading that is not authorized by statute, rule, or court order. The Defendants' RSOF is such a pleading. It is an improper reply statement of facts that violates LRCiv 56.1(b). It contains lengthy evidentiary "objections" in violation of LRCiv 7.2(m)(2). It should be stricken.

Defendants' RSOF is 24 pages long and purports to respond to the additional facts set forth as part of Plaintiff's Response to Defendants' Statement of Facts (Dkt. 34). It was filed on the same day as Defendants' reply in support of their motion for summary judgment.

Defendants' RSOF contains lengthy objections and arguments about the facts set forth in Plaintiff's Response to Defendants' Statement of Facts.

## II. Defendants' RSOF violates LRCiv 56.1(b).

In setting forth the pleadings permitted on summary judgment, LRCiv 56.1 discusses a statement of facts and a controverting statement of facts which may include "additional facts." The rule expressly states: "No reply statement of facts may be filed." LRCiv 56.1(b).

This rule applies no matter how a party may choose to title or style such a document. Thus, a document submitted with a reply and entitled as "Response to Plaintiff's Additional Statements of Fact" was properly stricken under the rule. *White v. Home Depot USA Inc.*, No. CV-16-01185-PHX-JAT, 2018 WL 704328, at *1 (D. Ariz. Feb. 5, 2018). Likewise, a moving party's "Objection and Controverting Statement of Facts" filed with their reply was properly stricken. *Roosevelt Irrigation Dist. v. United States*, No. CV-15-00448-PHX-JJT, 2018 WL 4323877, at *1 (D. Ariz. Aug. 17, 2018). Because Defendants' RSOF violates LRCiv 56.1(b), it should be stricken.

## III. Defendants' RSOF violates LRCiv 7.2(m)(2).

LRCiv 7.2(m)(2) provides that "[a]n objection to (and any argument regarding) the admissibility of evidence offered in support of or opposition to a motion must be presented in the objecting party's responsive or reply memorandum and not in a separate motion to strike or other separate filing." LRCiv 7.2(m)(2) allows a party responding to a summary judgment motion to provide objections to a party's statement of material facts so long as they are "stated summarily without argument." Defendants' RSOF violates this rule. It should be stricken.

## IV. Conclusion: Defendants' RSOF should be stricken.

This Court's local rules clearly prohibit the filing of a reply statement of facts, or the filing of a separate memorandum that provides evidentiary objections, regardless of how a party chooses to title such documents. When such documents are filed, they should be stricken. *See White* and *Roosevelt Irrigation Dist.*, *supra*; *see also E.E.O.C. v. AutoZone, Inc.*, No. 06-cv-0926-PHX-SMM, 2008 WL 2509302, at *1 (D. Ariz. June 18, 2008); *Ray*

ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 285-0707 ♦ Fax: (602) 265-0267

*v. LM Gen. Ins. Co.*, No. CV-17-00431-TUC-RM, 2019 WL 4081145, at *1 (D. Ariz. Aug. 29, 2019); *GoDaddy.com, LLC v. RPost Commc'ns Ltd.*, No. CV-14-00126-PHX-JAT, 2016 WL 3168628, at *1 (D. Ariz. June 1, 2016).

Plaintiff respectfully requests that the Court strike the Defendants' RSOF.

RESPECTFULLY SUBMITTED: June 29, 2021

**ROBBINS & CURTIN, p.l.l.c.**

By: /s/ Jesse M. Showalter
Joel B. Robbins
Jesse M. Showalter
301 E. Bethany Home Road, Ste. B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lori S. Davis
Stephanie Heizer
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
3939 N. Drinkwater Boulevard
Scottsdale, Arizona 85251
lodavis@scottsdaleaz.gov
sheizer@scottsdaleaz.gov
*Attorneys for Defendants*

/s/ Julie W. Molera