UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDRES DOMINGUEZ,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>CITY OF SCOTTSDALE, a municipality; et al.,<br><br>  Defendants - Appellants. | No. 22-15454<br><br>D.C. No. 2:21-cv-00089-SRB-MTM<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered May 08, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $44.10.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT