**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Stephanie Heizer (SBN: 023261)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
(480) 312-2548 (F)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale,
Daniel Koller, and Nikolas McElley

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Dominguez, an individual,<br><br>  Plaintiff,<br> vs.<br><br>City of Scottsdale, a municipality; Daniel Koller, an individual; and Nikolas McElley, an individual,<br><br>  Defendants. | Case No. 2:21-cv-00089-SRB-MTM<br><br>**JOINT NOTICE OF SETTLEMENT PENDING CITY COUNCIL APPROVAL** |

    Defendants City of Scottsdale, Daniel Koller, and Nikolas McElley and Plaintiff Andres Dominguez (collectively "Parties"), through counsel, gives notice to the Court that the parties attended a mediation and have reached an agreement to settle this case subject to the approval of the Scottsdale City Council at a public meeting.  As this matter involves a claim against the City of Scottsdale and its employees, the parties agree that the settlement amount must be approved by the Scottsdale City Council per Scottsdale Revised Code § 2-174(b)(4). The proposed settlement is expected to be presented to the City Council on June 27, 2023.

    The City therefore requests that all deadlines be suspended and that the parties be given sixty (60) days to resolve contingencies.

///

///

20059349v1         1

RESPECTFULLY SUBMITTED this 1st day of June, 2023.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

*/s/ Lori S. Davis*
Lori S. Davis, Deputy City Attorney
Stephanie Heizer, Senior Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

*/s/ Jesse M. Showalter (with permission)*
Joel B. Robbins, Esq.
Jesse M. Showalter, Esq.
301 E. Bethany Home Rd., Ste. B-100
Phoenix, AZ 85012
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to:

Joel B. Robbins, Esq.
Jesse M. Showalter, Esq.
ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 E. Bethany Home Rd., Ste. B-100
Phoenix, AZ 85012
*Attorneys for Plaintiff Andres Dominguez*

*/s/ Brittany Leonard*
Scottsdale City Attorney's Office