## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Dominguez, an individual,<br><br>              Plaintiff,<br> vs.<br><br>City of Scottsdale, a municipality; Daniel Koller, an individual; and Nikolas McElley, an individual,<br><br>              Defendants. | Case No. 2:21-cv-00089-SRB-MTM<br><br>**ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the parties' Stipulation and Joint Motion to Dismiss with Prejudice (the "Motion") and finding that good cause does exist.

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the parties shall each pay their respective attorneys' fees and costs.

Dated this 13th day of July, 2023.

_____
Susan R. Bolton
United States District Judge

1